UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>          Plaintiff,<br><br>     v.<br><br>VINCENT P. OLEARY, et al.,<br><br>          Defendants. | Case No.  21-cv-08990-SVK<br><br>**ORDER ON ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO COMPLETE SERVICE**<br><br>Re: Dkt. No. 10 |

Plaintiff's Administrative Motion for relief from the service deadline (Dkt. 10) is DENIED in part and GRANTED in part.   Plaintiff states, both in the motion and in the declaration of counsel Tehniat Zaman, signed under penalty of perjury, that he has new information and "anticipates that service upon Defendant can be completed shortly."  Dkt. 10; Dkt. 10-1.  Inexplicably, Plaintiff then asks for an additional 90 days, the entire initial time to serve a complaint in the Northern District of California.  The request for an additional 90 days is DENIED.  The Court GRANTS an extension of 30 days from the date of this order, until February 25, 2022, to complete service on Defendant.  The Court also GRANTS a 30-day extension of the deadline to complete the site inspection.  NO FURTHER EXTENSIONS WILL BE GRANTED WITHOUT AN EXPLICIT SHOWING OF GOOD CAUSE SUPPORTED BY FACTS SPECIFIC TO THIS CASE.  PLAINTIFF'S USUAL BOILERPLATE, NON-SPECIFIC COMPLAINTS REGARDING COVID AND THE LIKE SHALL NOT BE SUFFICIENT.

**SO ORDERED.**

Dated: January 26, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge